OFFICE COPY

**08 CV 03042**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T COMMUNICATIONS OF NEW YORK, INC., and TELEPORT COMMUNICATIONS GROUP INC., | Plaintiff, |
| –v– | |
| BROADVIEW NETWORKS HOLDINGS, INC., BROADVIEW NETWORKS, INC., and EUREKA TELECOM, INC., | |
| | Defendant. |

RECEIVED
MAR 25 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

AT&T Communications of New York, Inc. and Teleport Communications Group, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AT&T Communications of New York, Inc. and Teleport Communications Group Inc. are not publicly traded companies. AT&T Communications of New York, Inc. and Teleport Communications Group Inc. are subsidiaries of AT&T Inc., which is a publicly traded company. No person or group owns 10% or more of the stock of AT&T Inc.

**Date:** March 25, 2008 _____

_signature_

**Signature of Attorney**

**Attorney Bar Code:** JD 9056 _____