UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AT&T COMMUNICATIONS OF NEW YORK, :
INC. and TELEPORT COMMUNICATIONS :
GROUP INC., : 08 CV 3042 (SAS)
                Plaintiffs, :
: **AFFIDAVIT OF SERVICE**
       v. :
:
BROADVIEW NETWORKS HOLDINGS, INC., :
BROADVIEW NETWORKS, INC. and EUREKA :
TELECOM, INC., :
                Defendants. :
:
-----------------------------------------------------------X

STATE OF NEW YORK  )
                         :ss.:
COUNTY OF NEW YORK  )

      DELISHA T. POWELL, being duly sworn, deposes and says:

      1.    I am over 18 years of age, not a party to this action, and am employed by the firm of Mayer Brown LLP, attorneys for the plaintiffs.

      2.    On the 26th day of March, 2008 at approximately 12:50p.m. I personally served the **SUMMONS IN A CIVIL ACTION** and **COMPLAINT** upon Eureka Telecom, Inc., located at 39 Broadway, 19th Floor, New York, New York 10006 by leaving true copies of said documents with Beth Rudetsky, Paralegal, who stated that she was authorized to accept service on behalf of Eureka Telecom, Inc.

3.  Ms. Rudetsky may be described as a white female, approximately 45-50 years of age, approximately 5'5" in height, approximately 140 lbs and medium blonde hair.

_____
Delisha T. Powell

Sworn to before me this
27th day of March, 2008

_____
Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11

NYDB01 17472379.1 27-Mar-08 11:08