Section DI "/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

       Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC., and
EUREKA TELECOM, INC.,

       Defendants.

---------------------------------------------------------------x

08CV3042 (SAS)

Case No. 03CV08042 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties hereto, that the last day for defendants Broadview Networks Holdings, Inc.,

Broadview Networks, Inc., and Eureka Telecom, Inc. to answer, move or otherwise respond to the

complaint in the above-captioned matter shall be, and hereby is, extended to and including May 29, 2008.

Dated:    New York, New York
        April 11, 2008

**MAYER BROWN LLP**

Joseph DeSimone
1676 Broadway
New York, New York 10019
(212) 506-2559
(212) 262-1910 facsimile
jdesimone@mayerbrown.com
*Attorney for Plaintiffs*

**BINGHAM McCUTCHEN LLP**

Jessica S. Boar
399 Park Avenue
New York, New York 10022
(212) 705-7000
(212) 752-5378 facsimile
jessica.boar@bingham.com
*Attorneys for Defendants*

SO ORDERED:

Shira A. Scheindlin, U.S. D. J.

4/14/08

A/72499866.1