**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| AT&T COMMUNICATIONS OF NEW YORK, INC., and TELEPORT COMMUNICATIONS GROUP INC., | : : : : | No. 08 Civ. 3042(SAS) |
| Plaintiffs, | : : | **NOTICE OF** |
| vs. | : : | **APPEARANCE** |
| BROADVIEW NETWORKS HOLDINGS, INC., BROADVIEW NETWORKS, INC., and EUREKA TELECOM, INC., | : : : : | |
| Defendants. | : | |

-----------------------------------------------------------x

  PLEASE TAKE NOTICE that Joshua A. Kamen of the law firm of Mayer Brown LLP hereby appears as counsel for Plaintiffs AT&T Communications of New York, Inc. and Teleport Communications Group, Inc. in this action and requests that all subsequent papers be served upon him at the following address:

    Joshua A. Kamen, Esq.
    Mayer Brown LLP
    1675 Broadway
    New York, New York 10026
    Tel.:  (212) 506-2297
    Fax:  (212) 849-5897
    E-mail: jkamen@mayerbrown.com

Dated: May 19, 2008
   New York, New York

            MAYER BROWN LLP

            By:  _s/Joshua A. Kamen_____
             Joshua A. Kamen
             Mayer Brown LLP
             1675 Broadway
             New York, New York 10026
             Tel.:  (212) 506-2297
             Fax:  (212) 849-5897