```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AT&T COMMUNICATIONS OF NEW : 
YORK, INC., and TELEPORT : No. 08 Civ. 3042(SAS)
COMMUNICATIONS GROUP INC., :
 :
          Plaintiffs, : **ORDER FOR**
    vs. : **ADMISSION**
 : *PRO HAC VICE*
BROADVIEW NETWORKS HOLDINGS, :
INC., BROADVIEW NETWORKS, INC., and :
EUREKA TELECOM, INC., :
 :
          Defendants. :
-------------------------------------------------------------x

Upon the letter request of Joshua A. Kamen, attorney for Plaintiffs AT&T Communications of New York and Teleport Communications Group Inc.;

**IT IS HEREBY ORDERED** that

    Nissa J. Imbrock
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606-4637
    Tel: 312-782-0600
    Fax: 312-701-7711
    nimbrock@mayerbrown.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs AT&T Communications of New York and Teleport Communications Group Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 22, 2008
      New York, New York

                                                          *[signature]*
                                                          United States District Judge

                                         Shira A. Scheindlin, USDJ