USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW          :
YORK, INC., and TELEPORT             :     No. 08 Civ. 3042(SAS)
COMMUNICATIONS GROUP INC.,           :
                                     :
          Plaintiffs,                :     **ORDER FOR**
     vs.                             :     **ADMISSION**
                                     :     *PRO HAC VICE*
BROADVIEW NETWORKS HOLDINGS,         :
INC., BROADVIEW NETWORKS, INC., and  :
EUREKA TELECOM, INC.,                :
                                     :
          Defendants.                :
-----------------------------------------------------------x

Upon the letter request of Joshua A. Kamen, attorney for Plaintiffs AT&T

Communications of New York and Teleport Communications Group Inc.;

**IT IS HEREBY ORDERED** that

        Theodore A. Livingston
        Mayer Brown LLP
        71 S. Wacker Dr.
        Chicago, IL 60606-4637
        Tel: 312-782-0600
        Fax: 312-701-7711
        tlivingston@mayerbrown.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs AT&T Communications of

New York and Teleport Communications Group Inc. in the above-captioned case in the

United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

NYDB01 17513031.1 21-May-08 11:44

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 22, 2008
      New York, New York

_____
            United States District Judge

Shira A. Scheindlin, USDJ