```
USDC S:
DOCUM!
ELECTR:        :LY FILED
DOC #:
DATE FIL!  : 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

                Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC., and
EUREKA TELECOM, INC.,

                Defendants.
-----------------------------------------------------------x

No. 08 Civ. 3042(SAS)

**ORDER FOR
ADMISSION
*PRO HAC VICE***

Upon the letter request of Joshua A. Kamen, attorney for Plaintiffs AT&T Communications of New York and Teleport Communications Group Inc.;

**IT IS HEREBY ORDERED** that

> Brian W. Moore
> One AT&T Way
> Room 3A205
> Bedminster, New Jersey 07921
> Tel: (908) 234-6263
> Fax: (908) 532-1281
> brianwmoore@att.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs AT&T Communications of New York and Teleport Communications Group Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 22, 2008
      New York, New York

                                                      _____
                                                      United States District Judge

                                                    Shira A. Scheindlin
                                                           USDJ

NYDB01 17513031.1 21-May-08 11:44