Jessica S. Boar (JD 5755)
BINGHAM MCCUTCHEN, LLP
399 Park Avenue
New York, NY 10022
(212) 705-7258
Jessica.boar@bingham.com

Eric J. Branfman (admitted *pro hac vice*)
Joshua M. Bobeck (admitted *pro hac vice*)
BINGHAM MCCUTCHEN, LLP
2020 K Street, N.W.
Washington, D.C. 20006
(202) 373-6000
Eric.branfman@bingham.com
Josh.bobeck@bingham.com
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AT&T COMMUNICATIONS OF NEW YORK, INC., and TELEPORT COMMUNICATIONS GROUP INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08-CV-03042 (SAS) |
| vs. | ) ) ) | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| BROADVIEW NETWORKS HOLDINGS, INC., BROADVIEW NETWORKS, INC., and EUREKA TELECOM, INC., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants

Broadview Networks Holdings, Inc., Broadview Networks, Inc. and Eureka Telecom,

Inc. (each a "Defendant" and collectively, "Defendants") hereby identify the following

A/72551517.1

parent corporation(s) and any publicly held corporation that owns 10% or more of each

Defendant:

<u>Broadview Network Holdings, Inc.</u>

     MCG Capital Corporation

<u>Broadview Networks, Inc.</u>

     Broadview Network Holdings, Inc.

     MCG Capital Corporation

<u>Eureka Telecom, Inc.</u>

     Broadview Network Holdings, Inc.

     MCG Capital Corporation

Dated:  May 29, 2008

**BINGHAM MCCUTCHEN LLP**


By: /s/Jessica S. Boar
     Jessica S. Boar (JD 5755)
     399 Park Avenue
     New York, NY 10022
     (212) 705-7258
     Jessica.boar@bingham.com

     Eric J. Branfman (admitted *pro hac vice*)
     Joshua M. Bobeck (admitted *pro hac vice*)
     BINGHAM MCCUTCHEN, LLP
     2020 K Street, N.W.
     Washington, D.C. 20006
     (202) 373-6000
     Eric.branfman@bingham.com
     Josh.bobeck@bingham.com
     Attorneys for Defendants

A/72551517.1