UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

                Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC., and
EUREKA TELECOM, INC.,

                Defendants.
------------------------------------------------------------x

No. 08 Civ. 3042(SAS)

**ORDER TRANSFERRING CASE TO SUSPENSE DOCKET**

This Court having been advised by the Defendants that they intend to file a petition for declaratory ruling with the New York Public Service Commission, seeking a determination whether Defendants are obligated to pay access charges to Plaintiffs for terminating toll traffic within a "local access transport area," and no party objecting to a stay of this case while the New York Public Service Commission considers Defendants' anticipated petition

IT IS HEREBY ORDERED THAT the above-referenced case is hereby transferred to the suspense docket pending the New York Public Service Commission's consideration of Defendants' anticipated petition.

SO ORDERED

_____
SHIRA A. SCHEINDLIN
United States District Judge

Dated: New York, New York
       July 3, 2008

NYDB01 17513466.2 19-May-08 16:26